[No. 30354-6-I.    Division One.    April 18, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. JANICE
DIANNE JONES, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 91-1-05116-6, Frank L. Sullivan, J., entered
March 18, 1992. *Affirmed* by unpublished per curiam opinion.

[No. 30547-6-I.    Division One.    April 18, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. KEITH
MONTGOMERY DYER, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 89-1-07127-1, LeRoy McCullough, J., entered
April 3, 1992. *Affirmed* by unpublished opinion per
Scholfield, J., concurred in by Baker and Agid, JJ.

[No. 30492-5-I.    Division One.    April 18, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. HECTOR
UVALDO ORTIZ, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 91-1-05702-4, Patricia H. Aitken, J., entered
March 26, 1992. *Remanded* by unpublished per curiam
opinion.

[No. 31218-9-I.    Division One.    April 18, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSEPH
CHARLES MILLER, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 92-8-00758-6, John M. Darrah, J., entered July
2, 1992. *Affirmed* by unpublished opinion per Scholfield, J.,
concurred in by Webster, C.J., and Agid, J.